Re In the Matter of John J. SCHILLER, Respondent.

(379 S. E. (2d) 898)

Supreme Court

May 16, 1989.

## ORDER

On March 22, 1989, the Court signed an Order under Section 29 of the Rule on Disciplinary Procedure asking for a statement from the Respondent as to why South Carolina should not impose an identical discipline as Florida. Since there was no statement filed by Mr. Schiller in opposition,

It is hereby ordered that John J. Schiller be suspended from the practice of law in South Carolina for a period of two years from the date of this Order. His readmission to practice law in South Carolina is contingent upon his readmission to the Bar in the State of Florida.

━━━━━━━

Re Carolyn K. KEYS v. William H. KOONTZ.

(379 S. E. (2d) 899)

Supreme Court

May 17, 1989.

The Court has issued the following Order on Petition for Writ of Certiorari in the above entitled matter:

Petition for Writ of Certiorari denied.

━━━━━━━

Jenice J. HOUSE v. Thomas Edward HOUSE.

(379 S. E. (2d) 899)

Supreme Court

May 17, 1989.

The Court has issued the following Order on Petition for Writ of Certiorari in the above entitled matter:

Petition for Writ of Certiorari denied.